# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wake, Neil V. | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>8/6/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>401 W. Washington St., SPC 52<br>Phoenix, AZ 85003 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan (I am sole beneficiary) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/6/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo accounts | A | Interest | J | T | | | | | |
| 2. Apache Peak Inv., LLC | | None | M | U | | | | | |
| 3. Whetstone Dev. Co. (common stock) (X) | | None | J | U | | | | | |
| 4. Interstate Ventures V Ltd. Ptshp | | None | J | U | | | | | |
| 5. BROKERAGE ACCT # 1 | | | | | | | | | |
| 6. --Morgan Stanley Active Assets Mon Tr (Liquid Asset Fund) | A | Dividend | | | Closed | 11/23/11 | J | | |
| 7. IRA # 1 | | | | | | | | | |
| 8. --MS Charter Campbell LP | | None | J | T | | | | | |
| 9. --MS CharterMSFCM LP | | None | J | T | | | | | |
| 10. --MS Charter Grahan LP | | None | J | T | | | | | |
| 11. --BlackrockGlobal Allocation C (transfer from IRA # 6) | A | Dividend | K | T | | | | | |
| 12. --Morgan Stanely Liquid Assets Fund (transfer from IRA # 6) | A | Dividend | J | T | | | | | |
| 13. IRA # 3 (closed 12-31-11, transferred to IRA #7) | C | Dividend | K | T | | | | | |
| 14. --Morgan StanleyLiquid Asset Fund (MM) (below reporting) (Y) | | | | | | | | | |
| 15. UTMA Acct # 3 | | | | | | | | | |
| 16. --Morgan Stanley Bk Deposit (formerly Liquid Asset Fund (MM) | A | Interest | K | T | | | | | |
| 17. BROKERAGE ACCT # 3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SEI Tax-Free Fund (MM) | A | Dividend | J | T | Sold (part) | 07/21/11 | J | | |
| 19. --SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | J | T | Sold (part) | 07/21/11 | J | | |
| 20. --SEI Short Duration Munical Fd | B | Dividend | L | T | Sold (part) | 07/21/11 | K | | |
| 21. --STET Tax-Advantaged Income Fd # 19 | A | Dividend | J | T | Sold (part) | 07/21/11 | J | | |
| 22. --SEI Tax Managed Volatility Fd | A | Dividend | J | T | Sold (part) | 07/21/11 | J | | |
| 23. --SEI Real Esate Fd | A | Dividend | J | T | Sold (part) | 07/21/11 | J | | |
| 24. ING USA Annuity & Life Ins Co (annuity) | | None | N | T | | | | | |
| 25. Amer. Inv. Life Ins. (AVIVA) Co. (annuity) | | None | N | T | | | | | |
| 26. BROKERAGE ACCT # 4 | | | | | | | | | |
| 27. --SEI Intermed. Term Municipal Fd | A | Dividend | J | T | | | | | |
| 28. --Cisco Systems Inc (common) | | None | J | T | | | | | |
| 29. --SEI Short Duration Municipal Fd | A | Dividend | J | T | | | | | |
| 30. --STET Tax-Advantaged Income Fd # 19 | A | Dividend | J | T | | | | | |
| 31. --SEI Tax Managed Volatility Fd | A | Dividend | J | T | | | | | |
| 32. --SEI RealEsate Fd | A | Dividend | J | T | | | | | |
| 33. --SEI Tax-Free Fd | A | Dividend | J | T | Sold (part) | 10/12/11 | J | | |
| 34. American Realty Capital (common stock) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Healthcare Trust of America (common stock) | E | Dividend | M | T | | | | | |
| 36. Jackson Nat. Life Ins. Co. (annuity) | | None | P1 | T | | | | | |
| 37. Pinal County, AZ, land | | None | L | W | | | | | |
| 38. Mohave County, AZ, land | | None | J | W | | | | | |
| 39. Nationwide Life Ins.--adjustible life ins | | None | K | T | | | | | |
| 40. Section 529 Account | | | | | | | | | |
| 41. --Ivy Capital Apprec. E▓▓▓ (fund ▓ merged 6-10-11) | | None | L | T | | | | | |
| 42. IRA # 5-- | | | | | | | | | |
| 43. --Aviva Life and Annuity Co (annuity) | | None | N | T | | | | | |
| 44. Trust # 5 ▓▓▓▓▓ | | | | | | | | | |
| 45. --SEI Prime Obligation Fund | A | Dividend | P2 | T | Sold (part) | 10/31/11 | J | | |
| 46. IRA # 6 (closed 11-23-11, transferred to IRA # 1) | | | | | | | | | |
| 47. BROKERAGE ACCT # 6 | | | | | | | | | |
| 48. --Van Kampen Grw & Inc A | A | Dividend | K | T | | | | | |
| 49. --Ivy Large Cap Grw A Fd | | None | K | T | | | | | |
| 50. --Amer Balanced Fd | B | Dividend | L | T | | | | | |
| 51. Callon Petroleum Co (common) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/6/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BROKERAGE ACCT # 8 (closed 11-23-11; transf'd to Bkr Act #9) | | | | | | | | | |
| 53. BROKERAGE ACCT # 9 | | | | | | | | | |
| 54. --Morgan Stanley Bank (transferred from Bkr Acct # 8) | A | Int./Div. | K | T | | | | | |
| 55. --MS Bank Dep Prgm (merged with other bank acct) | | None | J | T | | | | | |
| 56. --MFS Total Return A | A | Dividend | K | T | | | | | |
| 57. --Blackrock Equity Dividend A | A | Dividend | K | T | | | | | |
| 58. --Columbia Select LG CP Growth A | A | Distribution | K | T | | | | | |
| 59. --Eaton Vance Tax-Advantaged Bond Strategy | A | Int./Div. | M | T | Buy | 11/23/11 | M | | |
| 60. IRA # 7 | C | Dividend | M | T | | | | | |
| 61. --Morgan Stanley Bank (formerly MS Liquid Asset Fd) | A | Int./Div. | J | T | | | | | |
| 62. --Invesco Premier PTF Instl (MM) (omitted in 2010 report) | A | Dividend | J | T | | | | | |
| 63. --Am Growth Fd of Amer F | A | Dividend | K | T | | | | | |
| 64. --Gabelli EQ Inc AAA | D | Dividend | L | T | | | | | |
| 65. --MS Strategist Fund A | B | Dividend | L | T | | | | | |
| 66. --American GR FD of America F (duplicate entry in 2010 rpt) | | | | | | | | | |
| 67. --MS Charter Aspect LP (transferred 12-31-11 from IRA #3) | | None | J | T | | | | | |
| 68. --MS Charter Graham A LP (transferred 12-31-11 from IRA #3) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/6/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --MS Charter WCM LP | | None | J | T | | | | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/6/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Neil V. Wake**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544